

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-14-00056-CV |
| | § | Appeal from the |
| Appellant, | § | 346th District Court |
| v. | § | of El Paso County, Texas |
| ANNA LUISA KELL, | § | (TC# 2013DCV2275) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the summary judgment order. We therefore reverse the judgment of the court below, and render summary judgment to Appellant on jurisdictional grounds. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JUNE, 2015.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Larsen, Senior Judge, and Perez, Judge
Larsen, Senior Judge and Perez, Judge, (Sitting by Assignment)